1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940

5  Attorneys for Defendant
   EASTFIELD MING QUONG, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | BRENDA DAVIS,                          | Case No.  C08-00769-HRL
11 |         Plaintiff,                     | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
12 |     v.                                 |
13 | EASTFIELD MING QUONG, INC. and DOES One through Ten, |
14 |         Defendants.                    |
15

16              REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

17         The undersigned party hereby declines to consent to the assignment of this case to a

18 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this

19 case to a United States District Judge.

20
   Dated: March 13, 2008                        Respectfully submitted,
21

22

23                                              Margaret Hart Edwards
                                                LITTLER MENDELSON
24                                              A Professional Corporation
                                                Attorneys for Defendants
25                                              PANERA BREAD COMPANY, A
                                                DELAWARE CORPORATION; AND
26                                              PANERA LLC, A DELAWARE LIMITED
                                                LIABILITY COMPANY
27
   Firmwide:84575413.1 010782.1034
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE                                Case No. C08-00769-HRL