UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brenda Davis,<br><br>   Plaintiff,<br> v.<br><br>Eastfield Ming Quong, Inc, and Does One through Ten,<br><br>   Defendants._____/ | No. C08-00769<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

  PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 27, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **May 30, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on May 16, 2008.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: March 14, 2008         RICHARD W. WIEKING,
                   Clerk of Court

                    /s/*Patty Cromwell*
                   Patty Cromwell
                   Courtroom Deputy for
                   Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Margaret Hart Edwards    MHEdwards@littler.com, abereallee@littler.com

Michael M. Herrick    joblaw@wagelaw.com