# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-filing

**BRENDA DAVIS**

Plaintiff

v.

**EASTFIELD MING QUONG, INC**

Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C08-00769 HRL

TO: (Name and address of defendant)

General Director
Eastfield Ming Quong, Inc.
251 Llewellyn Avenue
Campbell, CA 95008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael M. Herrick
1750 Montgomery Street, #1104
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE: FEB - 1 2

290 All Other Real Property   445 Amer w/ disab - Empl  446 Amer w/ disab - Other   550 Civil Rights

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael M. Herrick [63666]<br>Herrick Law Offices<br>1750 Montgomery Street, #1104<br>San Francisco, CA 94111-1063<br>TELEPHONE NO.: 415-781-2804    FAX NO. *(Optional)*: 415-781-8446<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Brenda Davis | |

| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ |
|---|
| STREET ADDRESS: United States District Court |
| MAILING ADDRESS: Northern District Court of California |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Brenda Davis | CASE NUMBER:<br>C08-00769 HRL |
|---|---|
| DEFENDANT/RESPONDENT: Eastfield Ming Quong, Inc. | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>PS.80696 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: SEE Attachement to Proof of Service;

3. a. Party served *(specify name of party as shown on documents served)*:
      Eastfield Ming Quong, Inc.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      F. Jerome Doyle - Authorized Agent

4. Address where the party was served:
   251 Llewellyn Avenue, Campbell, CA 94508-1940

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☒ **by substituted service.** On *(date)*: 02/26/2008    at *(time)*: 3:00 pm    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Maria Azevedo - Person In Charge

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 02/28/2008    from *(city)*: Oakland, CA    or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]    Martin Dean's ESSENTIAL FORMS™    **PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, § 417.10

Herrick,Michael

| PLAINTIFF/PETITIONER: Brenda D͡avis | NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Eastfield Ming Quong, Inc. | 08-00769 HRL |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date)* :        (2)    from *(city)* :
   - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
   - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)* :
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)* :
      under the following Code of Civil Procedure section:
      - ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      - ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      - ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      - ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      - ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: Eric Railey
   b. Address: 414 Pendleton Way, Suite #2, Oakland, CA 94621
   c. Telephone number: 510-562-9705
   d. **The fee** for service was: $
   e. I am:
      - (1) ☐ not a registered California process server.
      - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      - (3) ☒ registered California process server:
         - (i) ☐ owner   ☐ employee   ☒ independent contractor.
         - (ii) Registration No.: 3415
         - (iii) County: Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: 02/29/2008

Eric Railey                                                    ▶  *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**                      Page 2 of 2
Martin Dean's
Essential Forms™
                                                                                Herrick, Michael

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State number, and address)*:<br>Michael M. Herrick [6□□6]<br>Herrick Law Offices<br>1750 Montgomery Street, #1104<br>San Francisco, CA 94111-1063<br>TELEPHONE NO.: 415-781-2804   FAX NO. *(Optional)*: 415-781-8446<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Brenda Davis | MC-030<br>FOR COURT USE ONLY |
| ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗<br>STREET ADDRESS: United States District Court<br>MAILING ADDRESS: Northern District Court of California<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Brenda Davis<br><br>DEFENDANT/RESPONDENT: Eastfield Ming Quong, Inc. | |
| **DECLARATION**<br>**ATTACHMENT TO PROOF OF SERVICE** | CASE NUMBER:<br>C08-00769 HRL |

I, the undersigned, declare as follows:

I served the following documents:

1. Summons in a Civil Case;
2. Complaint for Damages and Demand for a Jury Trial;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Standing Order RE: Initial Case Management and Discovery Disputes;
5. Contents of Case Management Statement;
6. Standing Order of Case Management Statement;
7. Notice of Assignment of Case to a United States Magistrate Judge;
8. Consent to Proceed Before a United States Magistrate Judge;
9. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
10. ECF Registration Information Handout;
13. (ADR) Dispute Resolution Procedures in the Northern District of California packet;

///
///
///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 02/29/2008

Eric Railey (#1030 Alameda County)
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify)*:
             Process Server

Form Approved for Optional Use<br>Judicial Council of California<br>MC-030 [Rev. January 1, 2006]

Martin Dean's ESSENTIAL FORMS™

**DECLARATION**

Page 1 of 1

Herrick,Michael