**MICHAEL M. HERRICK**
*Attorney At Law*
1750 MONTGOMERY STREET, #1104
SAN FRANCISCO, CA 94111-1063
TEL: (415) 781-2804
FAX: (415) 781-8446

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DAVIS

Plaintiff(s),

v.

EASTFIELD ING QUONG, INC.

Defendant(s).

No. C **08-00769 HRL**

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: **April 1, 2008**

Signature

Counsel for **BRENDA DAVIS**
(Plaintiff, ~~Defendant or indicate "pro-se"~~)

**MICHAEL M. HERRICK**
*Attorney At Law*
1750 MONTGOMERY STREET, #1104
SAN FRANCISCO, CA 94111-1063