**MICHAEL M. HERRICK**
*Attorney At Law*
1760 MONTGOMERY STREET, #1104
SAN FRANCISCO, CA 94111-1063
TEL: (415) 781-2804
FAX: (415) 781-8446

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRENDA DAVIS

           Plaintiff(s),

        v.

EASTFIELD MING QUONG, INC.
           Defendant(s).
_____/

Case No. C 08-00769 ~~HRL~~ R M W

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2-24-08

                                      Brenda R. Davis
                                      Brenda Davis, Plaintiff

Dated: 8-27-08

                                      Michael M. Herrick
                                      Attorney for Plaintiff Brenda Davis