1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
4  Email: mhedwards@littler.com
   Attorneys for Defendant
5  EASTFIELD MING QUONG, INC.

6

   MICHAEL M. HERRICK, Bar No. 63666
7  HERRICK LAW OFFICES
   1750 Montgomery Street, Suite 1104
8  San Francisco, CA 94111-1063
   Telephone:   415.781.2804
9  Email: herrick@wagelaw.com
   Attorneys for Plaintiff
10 BRENDA DAVIS

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         -SAN JOSE DIVISION-

14

15 | BRENDA DAVIS,              | Case No. C08-00769 RMW
16 |          Plaintiff,        | **STIPULATION AND [PROPOSED]
   |                            | ORDER TO CONTINUE CASE
17 |     v.                     | MANAGEMENT CONFERENCE**
18 | EASTFIELD MING QUONG, INC. and
   | DOES ONE through TEN, ,
19 |
   |          Defendants.
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:85388624.1 010782.1034                              Case No. C08-00769 HRL

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

1        Due to defendant's counsel's unavailability on June 6, 2008, the parties hereby
2  stipulate to continue the Case Management Conference to **July 18, 2008 at 10:30 a.m.** before the
3  Honorable Ronald M. Whyte in Courtroom #6, 4th Floor of the U.S. District Court, 280 South First
4  Street, San Jose, California.

6  Dated: May 30, 2008

                                                      MARGARET HART EDWARDS
                                                      LITTLER MENDELSON
                                                      A Professional Corporation
                                                      Attorneys for Defendant
                                                      EASTFIELD MING QUONG, INC.

Dated: JUN - 3 2008

                                                      MICHAEL M. HERRICK
                                                      HERRICK LAW OFFICES
                                                      Attorneys for Plaintiff
                                                      BRENDA DAVIS

**IT IS SO ORDERED.**

Dated: _____

                                                      JUDGE RONALD M. WHYTE