1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4  Email: mhedwards@littler.com
   Attorneys for Defendant
5  EASTFIELD MING QUONG, INC.

6

   MICHAEL M. HERRICK, Bar No. 63666
7  HERRICK LAW OFFICES
   1750 Montgomery Street, Suite 1104
8  San Francisco, CA 94111-1063
   Telephone: 415.781.2804                    *E-FILED - 6/5/08*
9  Email: herrick@wagelaw.com
   Attorneys for Plaintiff
10 BRENDA DAVIS

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           -SAN JOSE DIVISION-

14

15 BRENDA DAVIS,                      Case No. C08-00769 RMW

16          Plaintiff,                STIPULATION AND [PROPOSED]
                                      ORDER TO CONTINUE CASE
17     v.                             MANAGEMENT CONFERENCE

18 EASTFIELD MING QUONG, INC. and
   DOES ONE through TEN, ,
19
            Defendants.
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:85388624.1 010782.1034                    Case No. C08-00769 HRL

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

| | |
|---|---|
| 1 | Due to defendant's counsel's unavailability on June 6, 2008, the parties hereby stipulate to continue the Case Management Conference to **July 18, 2008 at 10:30 a.m.** before the Honorable Ronald M. Whyte in Courtroom #6, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California. |

Dated: May 30, 2008

_____
MARGARET HART EDWARDS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
EASTFIELD MING QUONG, INC.

Dated: JUN - 3 2008

_____
MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorneys for Plaintiff
BRENDA DAVIS

IT IS SO ORDERED.
Dated: 6/5/08

_____
JUDGE RONALD M. WHYTE

Firmwide:85388624.1 010782.1034

2

Case No. C08-00769 HRL

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940