MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
e-mail: medwards@littler.com

Attorneys for Defendant
EASTFIELD MING QUONG, INC.

MICHAEL M. HERRICK, Bar No. 63666
HERRICK LAW OFFICES
1750 Montgomery Street, # 1104
San Francisco, CA 94111-1063
Telephone: 415.781.2804
Facsimile: 415.781.8446
e-mail: mherrick@wagelaw.com

Attorneys for Plaintiff
BRENDA DAVIS

*E-FILED July 15, 2008*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>EASTFIELD MING QUONG, INC. and DOES One through Ten,<br><br>   Defendants. | Case No. C08-00769 RMW<br><br>**STIPULATION EXTENDING DEADLINE TO EXCHANGE INITIAL DISCLOSURES**<br><br>Date:   July 18, 2008<br>Time:   10:30 AM<br>Courtroom: #6, 4th Floor, USDC, 280 S. First Street, San Jose, California |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION EXTENDING DEADLINE TO
EXCHANGE INITIAL DISCLOSURES

C08-00769 RMW

Counsel for the parties have been engaged in discussions regarding resolution of the case, and have accordingly stipulated to avoid the possibly unnecessary expense of preparing initial disclosures to exchange initial disclosures on August 15, 2008.

DATED: July 15, 2008

Respectfully submitted,

MARGARET HART EDWARDS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
EASTFIELD MING QUONG, INC.

DATED: 7/15/08

MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorneys for Plaintiff
BRENDA DAVIS

IT IS SO ORDERED:

DATED: _____

_____
JUDGE RONALD M. WHYTE

Firmwide:85888050.1 010782.1034

STIPULATION EXTENDING DEADLINE TO EXCHANGE INITIAL DISCLOSURES    2    C08-00769 RMW