UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-08-00769-RMW            JUDGE: Ronald M. Whyte

**BRENDA DAVIS**                    -V- **EASTFIELD MING QUONG, INC., et al.**
Title

M. Herrick                          M. Edwards
Attorneys Present (Plaintiff)       Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Plaintiff's counsel advised the Court that he will be withdrawing from the case. The Court ordered the deposition of the plaintiff and then the parties are to mediate the case. The Court referred the case to Court Mediation. The Court set a Further Case Management Conference for 9/21/08 @ 10:30 AM.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-08-00769-RMW          JUDGE: Ronald M. Whyte

BRENDA DAVIS          -V- EASTFIELD MING QUONG, INC., et al.
Title

M. Herrick                                          M. Edwards
Attorneys Present (Plaintiff)          Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. Plaintiff's counsel advised the Court that he will be withdrawing from the case. The Court ordered the deposition of the plaintiff and then the parties are to mediate the case. The Court referred the case to Court Mediation. The Court set a Further Case Management Conference for 9/12/08 @ 10:30 AM.