1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                          **Northern District of California**

10    Davis,                                      08-00769 RMW MED

11                        Plaintiff(s),           **Notice of Appointment of Mediator**

12            v.

13    Eastfield Ming Quong, Inc,

14                        Defendant(s).

15    TO COUNSEL OF RECORD:

16            The court notifies the parties and counsel that the Mediator assigned to this case

17    is:

18                            Judith Droz Keyes
                              Davis Wright Tremaine LLP
19                            505 Montgomery St., Suite 800
                              San Francisco, CA 94111-6533
20                            415-276-6500

21            Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22    governs the Mediation program.  The mediator will schedule a joint phone conference

23    with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24    the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25    The court permits the mediator to charge each party its pro rata share of the cost of the

26    phone conference.

27

28

**Notice of Appointment of Mediator**
08-00769 RMW MED                          - 1 -

*United States District Court*
*Northern District of California*

1       Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: August 1, 2008

5                                                  RICHARD W. WIEKING
                                                   Clerk
6                                                  by:     Claudia M. Forehand

7
                                                   _____/s/_____
8                                                  ADR Case Administrator
                                                   415-522-2059
9                                                  Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00769 RMW MED                    - 2 -