MICHAEL M. HERRICK, Bar No. 63666
HERRICK LAW OFFICES
1750 Montgomery Street (# 1104)
San Francisco, CA 94111-1063
Telephone:    (415) 781-2804:  fax: (415) 781-8446
Email: herrick@wagelaw.com

Attorney for Plaintiff
BRENDA DAVIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRENDA DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>EASTFIELD MING QUONG, INC. and Does One through Ten,<br><br>Defendants. | Case No. C-08-769 RMW<br><br>**PLAINTIFF'S ELECTION TO APPEAR AS HER OWN COUNSEL "PRO SE" AND SUBSITUTION OF COUNSEL WITH CONSENT**<br>*(Local Rule 11-5 (b))* |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT, The Plaintiff, BRENDA DAVIS, pursuant to Civil Local Rule 11-5 (b), herein elects and consents that her former legal representative in this action, MICHAEL M. HERRICK, Esq., shall be substituted, as counsel and thereafter she shall be represented by herself, BRENDA DAVIS, Pro Se.

My home address is as follows for the service of all notices and papers.

**Brenda Davis
5706 Natoma Circle
Stockton, CA 95219
Phone # (408) 648-5404**

1.

No. C-08-769 RMW

Plaintiff, BRENDA DAVIS's, Substitution of Counsel

I will be requesting the court that I be relieved from the "E-Filing requirements associated with this action

Dated: September 4, 2008

BRENDA DAVIS

By: *Brenda R. Davis*
BRENDA DAVIS
Plaintiff Pro Se

I consent to this substitution.

Dated: September 4, 2008

MICHAEL M. HERRICK
Attorney at Law

By: *Michael M. Herrick*
MICHAEL M. HERRICK
Former Attorney for Plaintiff
BRENDA DAVIS