```
 1   MARGARET HART EDWARDS, Bar No. 65699
     CHRISTOPHER DALEY, Bar No. 219054
 2   LITTLER MENDELSON
     A Professional Corporation
 3   650 California Street
     20th Floor
 4   San Francisco, CA  94108.2693
     Telephone:   415.433.1940
 5
     Attorneys for Defendant
 6   EASTFIELD MING QUONG, INC.

 7   BRENDA DAVIS
     4303 Legacy Court
 8   Stockton, CA 95219

 9   Telephone:   209-323-4754                      *E-FILED - 10/15/08*

10   In Pro Per

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14   BRENDA DAVIS,                 Case No. C08-00769 RMW

15           Plaintiff,             STIPULATION TO CONTINUE
                                    MEDIATION DEADLINE AND CASE
16      v.                          MANAGEMENT CONFERENCE AND
                                    XXXXXXXXXXXXX ORDER
17   EASTFIELD MING QUONG, INC. and
     DOES One through Ten,
18
             Defendants.
19
```

20          Pursuant to Local Rules 6-1(b) and 16-2(e), Defendant EASTFIELD MING QUONG,

21  INC. and Plaintiff BRENDA DAVIS hereby stipulate as follows:

22      1.  The deadline for mediation in this matter is currently set for October 17, 2008. This

23          date was set by the standard ADR rules for timing of mediation.

24      2.  Brenda Davis, Plaintiff, is in the process of seeking new counsel.

25      3.  Due to a crowded calendar, the court appointed mediator, Judith Droz Keyes, has

26          limited availability.

27      4.  Therefore, parties agree that the deadline to complete mediation should be extended

28          to December 1, 2008.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE
MEDIATION AND CMC                                                         C08-00769 RMW

5. Additionally, a Case Management Conference is scheduled for November 14, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte.

6. In order to prevent waste of judicial resources, the parties further request that this Conference be continued to a new date in December, 2008.

IT IS SO STIPULATED.

Date: ~~September 16, 2008~~ October 10, 2008

LITTLER MENDELSON

By: _____
MARGARET HART EDWARDS

Attorneys for Defendant
EASTFIELD MING QUONG, INC.

Date: September 10-6, 2008

By: _____
BRENDA DAVIS

In Pro Per

**xxxxxxxxxxxxxx ORDER**

Based on the attached Stipulation, the Court finds there is good cause to continue the deadline for Mediation to December 1, 2008, and to continue the Case Management Conference to December **12**, 2008 at **10:30**. The parties shall file a Joint Case Management Statement by December **5**, 2008.

Date: **10/15/08**

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Firmwide:86671081.1 010782.1034

LITTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE
MEDIATION AND CMC

2

C08-00769 RMW