1  John J. Dacey (SBN #53369)
   James M. Sitkin (SBN #107650)
2  255 California Street, 10th floor
   San Francisco, CA 94111
3  (415) 318-1048 (tel.)
   (415) 362-3268 (fax)
4
   Attorneys for Plaintiff
5  BRENDA DAVIS

*E-FILED - 10/15/08*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIS, | Case No. 5:08-CV-00769 RMW |
| Plaintiff, | STIPULATION AND xxxxxxxxxxx ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL |
| vs. | |
| EASTFIELD MING QUONG, INC. and Does One through Ten, | |
| Defendants. | |

//
//
//

STIPULATION/ORDER RE FILING
FIRST AMENDED COMPLAINT
DAMAGES, ETC.

1

Case no.: 5:08-CV-00769 RMW

It is hereby stipulated that an Order should issue that leave be granted to Plaintiff BRENDA DAVIS to file her proposed First Amended Complaint for Damages and Demand for Jury Trial, a copy of which is attached hereto.

Dated: 10/15/08

Dacey & Sitkin

By: _____
John J. Dacey
James M. Sitkin
Attorneys for Plaintiff
BRENDA DAVIS

Dated: 10/15/08

Littler Mendelson, P.C.

By: _____
Margaret Hart Edwards
Attorneys for Defendant
Eastfield Ming Quong, Inc.

It is so ordered.

Dated: 10/15/08

_____
Judge Ronald M. Whyte
Judge of the U.S. District Court for the
Northern District of California

//
//

STIPULATION/ORDER RE FILING
FIRST AMENDED COMPLAINT
DAMAGES, ETC.

Case no.: 5:08-CV-00769 RMW