```
 1  MARGARET HART EDWARDS, Bar No. 65699
    CHRISTOPHER DALEY, Bar No. 219054
 2  LITTLER MENDELSON
    A Professional Corporation
 3  650 California Street, 20th Floor
    San Francisco, CA  94108.2693
 4  Telephone:   415.433.1940
    Facsimile:    415.399.8490
 5
    Attorneys for Defendant
 6  EASTFIELD MING QUONG, INC.
```

*E-FILED - 11/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Davis,<br><br>    Plaintiff,<br><br>v.<br><br>Eastfield Ming Quong, Inc. and Does One through Ten,<br><br>    Defendants. | Case No. C08-00769 RMW<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1(b) and 16-2(e), Defendant EASTFIELD MING QUONG, INC. and Plaintiff BRENDA DAVIS hereby stipulate as follows:

1. The deadline for mediation in this matter is currently set for December 1, 2008. This date was set by stipulation and order.

2. Plaintiff has filed a Motion to Dismiss her claims. The Motion is being heard on November 21, 2008.

3. In order to accommodate the uncertainty of the outcome of this Motion, the parties are stipulating to, and requesting approval of, an extension of the mediation deadline.

4. Due to the limited availability of the court appointed mediator, Judith Droz Keyes, and the parties' holiday obligations, the parties agree that the deadline to complete mediation should be extended to January 31, 2009.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE
MEDIATION DEADLINE

C08-00769 RMW

IT IS SO STIPULATED.

Date: November 10, 2008                    LITTLER MENDELSON

By: *Margaret Hart Edwards*
MARGARET HART EDWARDS
Attorneys for Defendant
EASTFIELD MING QUONG, INC.

Date: November 10, 2008                    DACEY & SITKIN

By: *James M. Sitkin*

Attorneys for Plaintiff
BRENDA DAVIS

[PROPOSED] ORDER

Based on the attached Stipulation, the Court finds there is good cause to continue the deadline for Mediation to January 31, 2009.

Date: 11/24/08                    *Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Firmwide:87347911.1 010782.1034