**E-FILED on** 12/10/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EASTFIELD MING QUONG, INC., and Does One through Ten,<br><br>　　　　Defendants. | No. C-08-00769 RMW<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>**[Re Docket No. 27]** |

　　　By stipulation, plaintiff Brenda Davis has filed a first amended complaint omitting any federal claims.  There being no diversity jurisdiction, the only basis for continuing this case in federal court is the court's voluntary exercise of supplemental jurisdiction.  *See* 28 U.S.C. § 1367.

　　　Davis now moves to voluntarily dismiss her case without prejudice to permit her to advance her claims as part of a class in a state court action.  Defendant Eastfield Ming Quong, Inc. has filed a statement of non-opposition.  Docket No. 31 (Oct. 31, 2008).  Accordingly, the court grants the motion to dismiss pursuant to 28 U.S.C. § 1367(c) without prejudice.  The clerk shall close the file.

DATED:　　　12/10/2008

　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
No. C-08-00769 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

James Mitchel Sitkin      jsitkin@daceysitkinlaw.com
John J. Dacey      jdacey@daceysitkinlaw.com

**Counsel for Defendant:**

Margaret Hart Edwards      MHEdwards@littler.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/10/2008                            TSF
                                                                   **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
No. C-08-00769 RMW
TSF      2