**E-FILED on** 12/10/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EASTFIELD MING QUONG, INC., and Does One through Ten,<br><br>    Defendants. | No. C-08-00769 RMW<br><br>JUDGMENT |

On December 10, 2008 the court granted the plaintiff's unopposed motion to voluntarily dismiss and entered its order dismissing this case without prejudice.  Therefore,

Judgment is hereby entered in favor of defendant, and plaintiff is not entitled to any relief by way of her complaint.

DATED:    12/10/2008

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-00769 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

James Mitchel Sitkin       jsitkin@daceysitkinlaw.com
John J. Dacey              jdacey@daceysitkinlaw.com

**Counsel for Defendant:**

Margaret Hart Edwards     MHEdwards@littler.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/10/2008                                    TSF
                                                                      **Chambers of Judge Whyte**